**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAN AMERICAN WORLD AIRWAYS, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:26-CV-01266 |

# EXHIBIT 1 – TRADEMARK REGISTRATIONS

**PAN AMERICAN WORLD AIRWAYS, LLC**

| EXHIBIT 1 | | | TRADEMARK REGISTRATIONS |
|---|---|---|---|

| MARK | REG. № | GOODS & SERVICES | REG. DATE |
|---|---|---|---|
| (Pan Am globe logo) | 3,288,129 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. <br><br> IC 028: Toy model vehicles; toy model airplanes; toy model trains; toy model train cars; scale model vehicles, trains, train cars, airplanes. | Sep. 4, 2007 |
| (Pan Am globe logo) | 3,804,943 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. | Jun. 15, 2010 |
| (Pan Am globe logo) | 4,458,350 | IC 018: Luggage; all-purpose carrying bags; carry-all bags; carry-on bags; travel bags. | Dec. 31, 2013 |
| (Pan Am globe logo) | 4,827,280 | IC 028: Toy model vehicles; toy model airplanes; toy model trains; toy model train cars; scale model vehicles, trains, train cars, airplanes. | Oct. 6, 2015 |
| (Pan Am globe logo) | 4,941,545 | IC 039: Air transportation of passengers and freight. | Apr. 19, 2016 |
| **PAN AM** | 6,868,829 | IC 039: Air transportation of passengers and freight. | Oct. 11, 2022 |

**PAN AMERICAN WORLD AIRWAYS, LLC**

| **EXHIBIT 1** | **TRADEMARK REGISTRATIONS** |

Int. Cls.: 18 and 28

Prior U.S. Cls.: 1, 2, 3, 22, 23, 38, 41 and 50

Reg. No. 3,288,129

**United States Patent and Trademark Office**    Registered Sep. 4, 2007

**TRADEMARK
PRINCIPAL REGISTER**



PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
14 AVIATION AVENUE
PORTSMOUTH, NH 03801

FOR: LUGGAGE; ALL-PURPOSE CARRYING BAGS; CARRY-ALL BAGS; CARRY-ON BAGS; TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

FOR: TOY MODEL VEHICLES; TOY MODEL AIRPLANES; TOY MODEL TRAINS; TOY MODEL TRAIN CARS; SCALE MODEL VEHICLES, TRAINS, TRAIN CARS, AIRPLANES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

OWNER OF U.S. REG. NO. 668,792.

SER. NO. 78-899,625, FILED 6-2-2006.

LANA PHAM, EXAMINING ATTORNEY

EXHIBIT 1     TRADEMARK REGISTRATIONS

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|



Reg. No. 3,804,943    PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
Registered June 15, 2010    DOVER, NH 03820

Int. Cls.: 16, 18, 21, and 25    FOR: PENS; WRITING UTENSILS; BLANK CARDS; GREETING CARDS; NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

**TRADEMARK**

FOR: LUGGAGE TAGS; PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**PRINCIPAL REGISTER**

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

FOR: MUGS; CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-17-2007; IN COMMERCE 4-17-2007.

FOR: SHIRTS; JACKETS; SWEAT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

OWNER OF U.S. REG. NO. 668,792.



SN 78-899,615, FILED 6-2-2006.

JEFF DEFORD, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---:|



United States of America

United States Patent and Trademark Office



Reg. No. 4,458,350　　PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
　　　　　　　　　　　　44 INDUSTRIAL PARK DRIVE
Registered Dec. 31, 2013　DOVER, NH 03820

Int. Cls.: 18 and 25　　FOR: ALL-PURPOSE CARRYING BAGS; CARRY-ON BAGS; DIAPER BAGS; GYM BAGS; LUGGAGE; MESSENGER BAGS; PURSES; TOTE BAGS; TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

TRADEMARK
　　　　　　　　　　　　FIRST USE 12-31-2006; IN COMMERCE 12-31-2006.
PRINCIPAL REGISTER
　　　　　　　　　　　　FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2006; IN COMMERCE 8-31-2012.

OWNER OF U.S. REG. NOS. 3,171,135, 3,804,943 AND OTHERS.

THE MARK CONSISTS OF A GLOBE CONTAINING A CENTERED VERTICAL LINE WITH EIGHT EMANATING CURVED LATITUDINAL LINES AND THE WORDS "PAN AM" WRITTEN THROUGH THE MIDDLE AND EXTENDING OUTSIDE THE GLOBE ON EITHER SIDE.

SER. NO. 85-919,833, FILED 5-1-2013.

THOMAS MANOR, EXAMINING ATTORNEY



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,827,280** PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
44 INDUSTRIAL PARK DRIVE
**Registered Oct. 6, 2015** DOVER, NH 03820

**Int. Cl.: 16** FOR: CALENDARS; WALL CALENDARS; POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK** FIRST USE 6-2-2006; IN COMMERCE 11-30-2014.

**PRINCIPAL REGISTER** OWNER OF U.S. REG. NOS. 3,171,135, 3,804,943, AND OTHERS.

THE MARK CONSISTS OF A GLOBE WITH THE WORDS "PAN AM" ACROSS IT.

SN 85-513,567, FILED 1-11-2012.

MARILYN IZZI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Case: 1:26-cv-01266 Document #: 1-1 Filed: 02/04/26 Page 7 of 8 PageID #:24

PAN AMERICAN WORLD AIRWAYS, LLC

| EXHIBIT 1 | TRADEMARK REGISTRATIONS |
|---|---|



United States of America

United States Patent and Trademark Office



**Reg. No. 4,941,545**　　PAN AMERICAN WORLD AIRWAYS, INC. (DELAWARE CORPORATION)
　　　　　　　　　　　　　　44 INDUSTRIAL PARK DRIVE
**Registered Apr. 19, 2016**　DOVER, NH 03820

**Int. Cl.: 39**　　　　　　　FOR: AIR TRANSPORTATION OF PASSENGERS AND FREIGHT, IN CLASS 39 (U.S. CLS. 100 AND 105).

**SERVICE MARK**　　　　　FIRST USE 5-1-2015; IN COMMERCE 8-12-2015.

**PRINCIPAL REGISTER**　　OWNER OF U.S. REG. NOS. 3,171,134 AND 3,171,135.

　　　　　　　　　　　　　　THE MARK CONSISTS OF THE OUTLINE OF A GLOBE WITH THE WORDS "PAN AM" ACROSS IT.

　　　　　　　　　　　　　　SN 77-931,658, FILED 2-9-2010.

　　　　　　　　　　　　　　TEJBIR SINGH, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

9

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.09.25 02:30:26 -04'00'

# United States of America
## United States Patent and Trademark Office

# PAN AM

**Reg. No. 6,868,829**
**Registered Oct. 11, 2022**
**Int. Cl.: 39**
**Service Mark**
**Principal Register**

Pan American World Airways, LLC (DELAWARE LIMITED LIABILITY COMPANY)
30 Centre Road, Suite 8
Somersworth, NEW HAMPSHIRE 03878

CLASS 39: Air transportation of passengers and freight

FIRST USE 5-1-2015; IN COMMERCE 8-12-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4941545, 3171135, 3171134

SER. NO. 90-614,875, FILED 03-31-2021



Katherine Kelly Vidal
Director of the United States
Patent and Trademark Office

